# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Christina Gubbels, and Daun Stoddard,

**CIVIL NUMBER: 1:26-cv-00013-SMR-SBJ**

Plaintiff(s),

v.

**JUDGMENT IN A CIVIL CASE**

Alegent Health-Community Memorial Hospital of Missouri Valley, Iowa, d/b/a CHI Health Missouri Valley,

Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Plaintiffs' complaint is dismissed. Judgment is entered in favor of Defendant.

Date: November 2, 2026

CLERK, U.S. DISTRICT COURT

/s/ C. Greene

By: Deputy Clerk